UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | 1:23-cr-355-LSC-KFP |
| ) | |
| RANDALL DEMETRIUS BROADEN,    ) | |
| ) | |
| Defendant.    ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 28). The Government has responded to the motion. (Doc. 33). The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 50). The defendant objected to the report and recommendation. (Doc. 59).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the motion to suppress (doc. 28) is hereby **DENIED**.

1

**DONE** and **ORDERED** on April 18, 2024.

_____
L. Scott Coogler
United States District Judge

160704