UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 1:23-cr-355-LSC-KFP |
| RANDALL DEMETRIUS BROADEN, | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to dismiss the indictment under the Second Amendment (doc. 29). The Government has responded to the motion (doc. 30). The magistrate judge filed a report and recommendation, recommending that the motion be denied (doc. 37). The defendant did not object to the report and recommendation.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the motion to dismiss the indictment under the Second Amendment (doc. 29) is hereby **DENIED**.

1

**DONE** and **ORDERED** on April 18, 2024.

_____
L. Scott Coogler
United States District Judge

160704